# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT E. GIBBS,                    ) <br>          Plaintiff,      ) <br>                            ) <br> v.                           ) <br>                            ) <br> JOHN E. POTTER, Postmaster, United States  ) <br> Postal Service; and DARYL MEYERS,  ) <br> Postmaster, Dayton, OH,  ) <br>          Defendants.  ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:08-CV-123-F** |

\_\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Plaintiff Gibb's Motion for an Extension of Time to effect service under Rule 6(b)(1) is DENIED. It therefore is ORDERED that this action is DISMISSED in its entirety without prejudice.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 4, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Robert E. Gibbs <br> 8792 Cloudleap Ct., Apt. #21 <br> Columbia, MD 21045 | Lora M.T. Tripp <br> 310 New Bern Ave., Suite 800 <br> Raleigh, NC 27601 |

| | |
|---|---|
| <u>March 4, 2009</u> <br> Date | DENNIS P. IAVARONE <br> Clerk of Court <br><br>  /s/ Susan K. Edwards <br> *(By) Deputy Clerk* |

*Wilmington, North Carolina*